1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES E. BOWELL,

11              Plaintiff,                    No. CIV S-10-0397 JAM DAD P

12         vs.

13    CALIFORNIA DEPARTMENT
      OF CORRECTIONS, et al.,

14
                Defendants.              ORDER
15

16    _____/

17            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

18    rights action pursuant to 42 U.S.C. § 1983.  By order filed November 3, 2010, the United States

19    Marshal was ordered to serve process on defendants.  No defendant has appeared in the action.

20    On December 10, 2010, plaintiff filed a motion for declaratory judgment, by which he seeks an

21    order from the court declaring that he has satisfied the administrative exhaustion requirement of

22    42 U.S.C. § 1997e(a) with respect to the claims on which this action is proceeding.  Exhaustion

23    of administrative remedies is an affirmative defense, Wyatt v. Terhune, 315 F.3d 1108, 1119 ((th

24    Cir. 2003), and "'defendants have the burden of raising and proving the absence of exhaustion.'"

25    Id. (quoted in Brown v. Valoff, 422 F.3d 926, 936 (9th Cir. 2005).  For that reason, the

26    /////

                                                  1

1  court will not reach the question of whether plaintiff has satisfied the administrative exhaustion

2  requirement unless and until it is placed in issue by one or more of the defendants in this action.

3            Accordingly, IT IS HEREBY ORDERED that plaintiff's December 10, 2010

4  motion for declaratory judgment is denied without prejudice.

5  DATED: January 3, 2011.

6

7  _____
        DALE A. DROZD

8          UNITED STATES MAGISTRATE JUDGE

9

10

11  DAD:12
bowe0397.o

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2