IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. BOWELL,

      Plaintiff,   No. 2:10-cv-0397 JAM DAD (PC)

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.   ORDER
_____/

      Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

      On January 31, 2011, plaintiff filed a document styled as an opposition to defendants' answer. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's opposition to
2  defendants' answer shall be disregarded.
3  DATED: February 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
bowe0397.77e