IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. BOWELL,

        Plaintiff,                     No. 2:10-cv-0397 JAM DAD (PC)

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.              ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 6, 2011, plaintiff filed a document styled as a motion for an order to compel the litigation coordinator at Kern Valley State Prison (Kern Valley) to allow plaintiff "Deposition Access." By this motion, plaintiff seeks a court order requiring prison officials to permit him to interview potential inmate witnesses at Kern Valley. Specifically, plaintiff wants permission to visit seven of eight buildings on Facility D of Kern Valley to interview inmates who were housed at High Desert State Prison at times relevant to plaintiff's claims in this action. Defendants oppose the motion on the ground that plaintiff is seeking an order directed at individuals who are not a party to this lawsuit.

        Prison regulations provide a process for inmates to request permission to correspond with other inmates and plaintiff has not demonstrated that he has either requested or

1

1  been denied such permission.  Accordingly, good cause appearing, IT IS HEREBY ORDERED
2  that plaintiff's May 6, 2011 motion is denied.
3  DATED: May 25, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
bowe0397.corr