IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. BOWELL,

      Plaintiff,                    No. 2:10-cv-0397 JAM DAD (PC)

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.           ORDER

        /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 13, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 13, 2011, are adopted in full;

2. Defendant Smith's June 22, 2011 motion to dismiss (Doc. No. 46) is granted; and

3. Plaintiff's claim against defendant Smith is dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies with respect to that claim prior to bringing suit.

DATED: February 10, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE