IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. BOWELL,

        Plaintiff,                No. 2:10-cv-0397 JAM DAD (PC)

   vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.        ORDER

        Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2012, this court granted defendants' motion for summary judgment. Judgment was entered the same day. On August 1, 7, and 12, 2013, plaintiff filed three motions styled as motions for injunctive relief. Those motions filed by plaintiff are predicated on alleged events unrelated to the issues raised in this action and must be made, if at all, by plaintiff in a new civil action.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 1, 7, and 12, 2013 motions (ECF Nos. 83, 84, and 85) are denied without prejudice;

        2. The Clerk of the Court is directed to send plaintiff a form civil rights complaint and accompanying instructions; and

3. Plaintiff is advised that no orders will issue in response to future filings in this closed case.

DATED: September 3, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
bowe10cv0397.58

2